# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2969EA

_____

Evelyn J. Walker,                              *
                                               *
                 Appellant,                    *
                                               *   Appeal from the United States
      v.                                       *   District Court for the Eastern
                                               *   District of Arkansas.
Kenneth S. Apfel, Commissioner,                *
Social Security Administration,                *        [UNPUBLISHED]
                                               *
                 Appellee.                     *

_____

Submitted:  February 4, 1999
Filed:  February 10, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Evelyn J. Walker appeals from the judgment of the district court dismissing with prejudice Walker's untimely action for review of the Social Security Commissioner's unfavorable decision. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated in the magistrate judge's report adopted by the district court. See 8th Cir. R. 47B.

A true copy.

      Attest:


      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.